**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIE GILBERT ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STACEY TING SENINI, individually and in her ) <br> official capacity as Principal at Libby Booth School; ) <br> BARBARA MCLAURY, individually and in her ) <br> official capacity as School Director; LISA NOONAN, ) <br> individually and in her official capacity as ) <br> Superintendent of Elementary Education for Washoe ) <br> County School District; PAUL DUGAN, as ) <br> Superintendent of Schools for Washoe County School ) <br> District; WASHOE COUNTY SCHOOL DISTRICT, ) <br> a Political Subdivision of the State of Nevada. ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:07-cv-00625-LRH-RAM <br><br> **STIPULATION FOR CLARIFICATION OF STIPULATION TO DISMISS WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff Marie Gilbert, by and through his attorney, James Andre Boles, Esq., and Defendants Stacey Ting-Senini, Barbara McLaury, Lisa Noon, Paul Dugan and Washoe County School District, by and through their attorney, Randy A. Drake, Esq., Lead General Counsel for Washoe County School District, being all of the parties who have appeared in this action, that Stipulation For Clarification of Stipulation To Dismiss Without Prejudice be granted. Attached herewith is Stipulation To Dismiss Without Prejudice duly

1

clarified as follows:   Plaintiff's complaint shall be dismissed **without** prejudice, each party to bear his own costs and attorneys' fees.

In exchange for the stipulated dismissal **without** prejudice, Defendants agree to waive time on the right to sue letter, in order to file another complaint.

DATED this 13th day of June, 2008.                    DATED this 13th day of June, 2008.


_____/s/_____                                 _____/s/_____
JAMES ANDRE BOLES, ESQ.                          RANDY A. DRAKE, ESQ.
ATTORNEY FOR PLAINTIFF GILBERT        ATTORNEY FOR DEFENDANTS
                                                                       TING-SENINI, MCLAURY,
                                                                       NOONAN, DUGAN and WASHOE
                                                                       COUNTY SCHOOL DISTRICT

IT IS SO ORDERED   this 16th day of June, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2